NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL EDUARDO VILLEGAS,                )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-1475
                                        )
AMANDA JAYNE WALTEMATH,                  )
                                        )
            Appellee.                   )
_____  )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Amy Williams, Judge.

Daniel Eduardo Villegas, pro se.

Zachary L. Bayne of Allen Dell, P.A., Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.